ZIMMERMAN *v.* WESTERN & ATLANTIC RAILROAD COMPANY, and *vice versa.*

SIMMONS, C. J. The declaration set forth a cause of action, and the evidence introduced by the plaintiff in support thereof presented questions for consideration and determination by the jury, and not for solution by the trial judge. There was no error in overruling the general demurrer to the petition, but it was erroneous to grant a nonsuit.

*Judgment on the main bill of exceptions reversed; on cross-bill affirmed. All the Justices concurring.*

Argued April 19, 20, — Decided June 9, 1897.

Action for damages. Before Judge Gober. Cobb superior court. March term, 1896.

*J. Z. Foster*, for plaintiff.
*Payne & Tye* and *Clay & Blair*, for defendant.

---

BRADDY *v.* THE STATE.

ATKINSON, J. An indictment which charges the commission of an offense in a certain year, without naming either the day or month upon which it was committed, is defective, and upon special demurrer thereto before arraignment, should be quashed.

*Judgment reversed. All the Justices concurring.*

Submitted April 19, — Decided May 5, 1897.

Indictment for adultery. Before Judge Reese. Glascock superior court. February term, 1897.

*E. P. Davis* and *B. F. Walker*, for plaintiff in error.
*R. H. Lewis, solicitor-general*, contra.